## BARR v. FRENCH BROAD ACQUISITIONS

No. 514P91

Case below: 104 N.C.App. 309

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## BURTON STEEL ERECTION CO. v. HIATT

No. 545P91

Case below: 104 N.C.App. 554

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## HENDERSON v. HERMAN

No. 540P91

Case below: 104 N.C.App. 482

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## IN RE APPEAL OF FORSYTH COUNTY

No. 8P92

Case below: 104 N.C.App. 635

Petition by Forsyth County for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## IN RE NAKELL

No. 3P92

Case below: 104 N.C.App. 638

Temporary stay dissolved 30 January 1992. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 January 1992. Petition by Barry Nakell for discretionary review pursuant to G.S. 7A-31 denied 30 January 1992.